## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**JR CAPITAL, LLC**<br><br>*Defendant*. | Case No.<br><br>2:26-cv-02878-JS |

### NOTICE OF APPEARANCE OF LAURA K. CONROY, ESQ.

**PLEASE TAKE NOTICE** that Laura K. Conroy, Esq. of Husch Blackwell LLP shall appear as counsel on behalf of Defendant, JR Capital, LLC ("JR Capital"), in the above-captioned matter. Please direct all court notices and correspondence regarding this matter to the undersigned.

Dated: July 6, 2026                 Respectfully submitted,

                              */s/ Laura K. Conroy*
                              Laura K. Conroy
                              PA State Bar No. 206797
                              **HUSCH BLACKWELL LLP**
                              1801 Pennsylvania Avenue, NW
                              Suite 1000
                              Washington, D.C. 20006-3606
                              Laura.Conroy@huschblackwell.com
                              Tel: 202-378-5388
                              Fax: 202-378-2319

                              Scott J. Helfand (*pro hac vice* motion forthcoming)
                              **HUSCH BLACKWELL LLP**
                              120 South Riverside Plaza
                              Suite 2200
                              Chicago, IL 60606
                              Scott.Helfand@huschblackwell.com
                              Tel: 312-341-9876
                              Fax: 312-655-1501

                              *Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I electronically filed the foregoing **Notice of Appearance of Laura K. Conroy, Esq.** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all CM/ECF registered users.

*/s/ Laura K. Conroy*
Laura K. Conroy

Dated: July 6, 2026