IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number _2:26-cv-02878-JS_

**MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I, MOVANT'S STATEMENT

I, _Scott J. Helfand_ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent _Defendant JR CAPITAL, LLC_. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| Illinois | 11/04/2004 | 6283064 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| see attached list | | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for _Defendant JR Capital, LLC_

Name of Attorney: _Scott J. Helfand_

Firm Address: _120 South Riverside Plaza, Suite 2200, Chicago, IL 60606_

Telephone Number: _312-655-1500_

Email Address: _scott.helfand@huschblackwell.com_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _July 8, 2026_
(Date)

_____
(Movant's signature)

## SCOTT J. HELFAND'S BAR/COURT ADMISSIONS

| Bar/Court | Bar Number | Admitted |
|---|---|---|
| State of Illinois Bar: | 6283064 | November 4, 2004 |
| U.S. District Court for the Central District of Illinois | | February 20, 2020 |
| U.S. District Court for the Northern District of Illinois | | January 13, 2005 |
| U.S. District Court for the Southern District of Illinois | | March 6, 2014 |
| U.S. Court of Appeals for the Sixth Circuit | | March 18, 2024 |
| U.S. Court of Appeals for the Seventh Circuit | | February 17, 2017 |
| U.S. District Court for the Eastern District of Missouri | | July 14, 2020 |
| U.S. District Court for the Eastern District of Wisconsin | | December 31, 2019 |
| U.S. District Court for the Western District of Wisconsin | | April 21, 2022 |
| U.S. District Court for the District of Colorado | | June 27, 2024 |
| U.S. District Court, Northern District of Ohio | | December 8, 2025 |

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of  Scott J. Helfand  to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Laura K. Conroy | | 11/01/2007 | 206797 |
|---|---|---|---|
| (Sponsor's Name) | | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Husch Blackwell LLP

1801 Pennsylvania Avenue, NW, Suite 1000, Washington, D.C. 20006-3606

202-378-5388

*I declare under penalty of perjury that the foregoing is true and correct*

*Executed on*  July 8, 2026
        *(Date)*