IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JAMES E. SHELTON individually
and on behalf of all others similarly
situated

    v.

JR CAPITAL, LLC

:
:
:
:
:
:
:

Case Number: 2:26-cv-02878-JS _____

ORDER

AND NOW, this _____ day of _____ 20\_\_ , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add Scott J. Helfand _____, Esquire as counsel for

Defendant JR Capital, LLC _____. Scott J. Helfand _____ is DIRECTED to request ECF filing access

using their PACER Account[1]

☐ DENIED.

_____
                                    , J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).