IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JAMES E. SHELTON individually
and on behalf of all others similarly
situated
   v.

JR CAPITAL, LLC

:
:
:
:
:
:
:

Case Number: 2:26-cv-02878-JS

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of <u>Scott J. Helfand</u>,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

order, which, if granted, would permit such practice in this court was served on as follows:

Via ECF:

Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road
Suite 218
Yardley, PA 19067
Attorneys for Plaintiff

_____
(Signature of Attorney)

Laura K. Conroy
_____
(Name of Attorney)

Defendant JR Capital, LLC
_____
(Name of Moving Party)

July 8, 2026
_____
(Date)