IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number _2:26-cv-02878-JS_____

**MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I, MOVANT'S STATEMENT

I, _Michael Hopkins_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent _Defendant JR CAPITAL, LLC_____. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A.  I state that I am currently admitted to practice in the following state jurisdiction(s):

| Illinois | 1/14/2021 | 6336058 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B.  I state that I am currently admitted to practice in the following federal jurisdiction(s):

| Northern District of Illinois | 4/14/2021 | 6336058 |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C.  I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for_Defendant JR Capital, LLC_____

Name of Attorney:_Michael Hopkins_____

Firm Address:_120 South Riverside Plaza, Suite 2200, Chicago, IL 60606_

Telephone Number:_312-655-1500_____

Email Address:_michael.hopkins@huschblackwell.com_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 8, 2026**_____    _Michael Hopkins_____

(Date)    (Movant's signature)

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Michael Hopkins to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

**Laura K. Conroy**

(Sponsor's Name)

**11/01/2007**

(Admission Date)

**206797**

Attorney ID Number

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Husch Blackwell LLP

1801 Pennsylvania Avenue, NW, Suite 1000, Washington, D.C. 20006-3606

202-378-5388

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on*    **July 8, 2026**

*(Date)*

*(Sponsor's signature)*