IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES E. SHELTON individually and on behalf of all others similarly situated | : : : : : : : | Case Number: 2:26-cv-02878-JS |
| v. | | |
| JR CAPITAL, LLC | | |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

☐ GRANTED.  The Clerk is DIRECTED to add __Michael Hopkins__, Esquire as counsel for

__Defendant JR Capital, LLC__.  __Michael Hopkins__ is DIRECTED to request ECF filing access

using their PACER Account[1].

☐ DENIED.

_____
, J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).