IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JAMES E. SHELTON individually
and on behalf of all others similarly
situated

      v.

JR CAPITAL, LLC

Case Number: 2:26-cv-02878-JS
_____

ORDER

AND NOW, this ___13th___ day of _____July_____ 2026, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

[X]   GRANTED.  The Clerk is DIRECTED to add ___Scott J. Helfand___, Esquire as counsel for

___Defendant JR Capital, LLC___ . ___Scott J. Helfand___ is DIRECTED to request ECF filing access

using their PACER Account[1]

[ ]   DENIED.

/s/ Juan R. Sánchez _____, J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).