IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JAMES E. SHELTON individually
and on behalf of all others similarly
situated

:
:
:
:
v.                              :
:
:
JR CAPITAL, LLC                 :

Case Number: 2:26-cv-02878-JS

ORDER

AND NOW, this ___13th___ day of _____July_____ 2026, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

[X]  GRANTED.  The Clerk is DIRECTED to add __Michael Hopkins__, Esquire as counsel for

__Defendant JR Capital, LLC__.  __Michael Hopkins__ is DIRECTED to request ECF filing access

using their PACER Account[1].

[ ]  DENIED.

/s/ Juan R. Sánchez_____, J.

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).