## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON**, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>*v.*<br><br>**JR CAPITAL, LLC**<br><br>   *Defendant*. | Case No.<br><br>2:26-cv-02878 |

### PROPOSED SCHEDULING ORDER

Pursuant to the Court's instruction at the July 14, 2026 Rule 16 Conference, Defendant submits this Proposed Scheduling Order:

- Phase I Discovery will address whether Plaintiff has standing to bring his individual claims, and will be completed by September 18, 2026;

- The parties shall file any dispositive motions by October 9, 2026;

- The parties shall file responses to any dispositive motions by October 23, 2026;

- The parties shall file replies in support of any dispositive motions by October 30, 2026;

- Phase II Discovery, if necessary, will involve class-wide discovery, and will begin by the earlier of (a) 7 days after the denial of any dispositive motion or (b) December 30, 2026;

- Phase II Discovery will be completed by April 30, 2027;

- Plaintiff's Motion for Class Certification is due by May 14, 2027;

- Defendant's Response to Plaintiff's Motion for Class Certification is due by May 28, 2027;

- Plaintiff's Reply in Support of the Motion for Class Certification is due by June 4, 2027;

- Counsel are referred to Judge Sánchez's operating procedures for further information: https://www.paed.uscourts.gov/sites/paed/files/documents/procedures/sanpol.pdf.

The Court shall issue a further Scheduling Order addressing class notice, pre-trial and trial issues, if appropriate, following the Court's ruling on the above matters.

BY THE COURT:

_____

Juan R. Sánchez, J.