## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**JR CAPITAL, LLC**<br><br>*Defendant*. | Case No.<br><br>2:26-cv-02878 |

## PROPOSED SCHEDULING ORDER

Pursuant to the Court's instruction at the July 14, 2026 Rule 16 Conference, Plaintiff submits this Proposed Scheduling Order:

- The deadline to join additional parties and amend the pleadings is October 16, 2026;

- The close of all fact and expert discovery, both individual and class discovery, shall be in a single phase closing April 16, 2027;

- The deadline to file motions for class certification and dispositive motions shall be April 30, 2027;

- Responses to motions for class certification and dispositive motions shall be May 28, 2027;

- Replies to motions for class certification and dispositive motions shall be May 28, 2027;

- The case shall be trial ready upon adjudication of the motions, at which point the Court will set a pre-trial schedule to address class notice and pre-trial and trial issues;

- Counsel are referred to Judge Sánchez's operating procedures for further information: https://www.paed.uscourts.gov/sites/paed/files/documents/procedures/sanpol.pdf.

BY THE COURT:

_____
Juan R. Sánchez, J.