**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES E. SHELTON, *individually and* | : | CIVIL ACTION |
| *on behalf of all others similarly situated,* | : | |
| | : | No. 26-2878 |
| v. | : | |
| | : | |
| JR CAPITAL, LLC | : | |

### SCHEDULING ORDER

AND NOW, this 28th day of July, 2026, it is ORDERED that the schedule in the above-captioned matter is as follows:

- Phase I Discovery will address whether Plaintiff has standing to bring his individual claims, and will be completed by September 18, 2026;

- The parties shall file any dispositive motions by October 9, 2026;

- The parties shall file responses to any dispositive motions by October 23, 2026;

- The parties shall file replies in support of any dispositive motions by October 30, 2026;

- Oral argument regarding any dispositive motions will be held on Tuesday, November 3, 2026, at 1:30 P.M. in Courtroom 14B at the Courthouse at 601 Market St. Philadelphia, PA 19106;

- Phase II Discovery, if necessary, will involve class-wide discovery, and will begin by the earlier of (a) 7 days after the denial of any dispositive motion or (b) December 30, 2026;

- Phase II Discovery will be completed by April 30, 2027;

- Plaintiff's Motion for Class Certification is due by May 14, 2027;

- Defendant's Response to Plaintiff's Motion for Class Certification is due by May 28, 2027;

- Plaintiff's Reply in Support of the Motion for Class Certification is due by June 4, 2027;

- Counsel are referred to Judge Sánchez's operating procedures for further information: https://www.paed.uscourts.gov/sites/paed/files/documents/procedures/sanpol.pdf.

The Court shall issue a further Scheduling Order addressing class notice, pre-trial and trial issues, if appropriate, following the Court's ruling on the above matters.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.