**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES E. SHELTON**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**JR CAPITAL, LLC**<br><br>*Defendant*. | No. 2:26-cv-02878 |

**AMENDED SCHEDULING ORDER**

AND NOW, this 16th day of September, 2026, upon consideration of the Parties' Joint Motion to Amend Scheduling Order (ECF No. 20), it is hereby ORDERED that the motion is GRANTED in part, and DENIED in part, as follows:

1. Phase 1 Discovery shall be completed by October 19, 2026;
2. The Parties shall file any dispositive motions by November 9, 2026;
3. The Parties shall file responses to any dispositive motions by November 23, 2026;
4. The Parties shall file replies in support of any dispositive motions by November 30, 2026;
5. Phase II Discovery, if necessary, will involve class-wide discovery, and will begin by the earlier of (a) 7 days after the denial of any dispositive motion or (b) January 29, 2027;
6. Phase II Discovery will be completed by June 1, 2027;
7. Plaintiff's Motion for Class Certification is due by June 14, 2027;
8. Defendant's Response to Plaintiff's Motion for Class Certification is due by June 28, 2027; and
9. Plaintiff's Reply in Support of the Motion for Class Certification is due by July 6, 2027.

The Court will set all necessary hearings and status conferences by further order of the Court.

All other terms of the July 28, 2026 Scheduling Order (ECF No. 17) not amended herein shall remain in full force and effect.

BY THE COURT:

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**