**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES E. SHELTON**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**JR CAPITAL, LLC**<br><br>*Defendant*. | Case No.<br><br>2:26-cv-02878<br><br>Honorable Antonio M. Pozos |

**JOINT MOTION TO AMEND AMENDED SCHEDULING ORDER**

Plaintiff James E. Shelton and Defendant JR Capital, LLC (together, the "Parties"), by and through their undersigned counsel, jointly and respectfully move this Court, pursuant to Federal Rule of Civil Procedure 16(b)(4) and the Policies and Procedures of the Honorable Antonio M. Pozos, for entry of an order extending the deadlines in the Amened Scheduling by 14 days.

In support of this motion, the Parties state as follows:

1. On September 16, 2026, this Court entered an Amended Scheduling Order (ECF No. 22) amending deadlines for, among other things, Phase I and Phase II discovery, briefing on dispositive motions, and class certification briefing. Since entry of the Amended Scheduling Order, the Parties have continued to diligently pursue Phase I discovery.

2. Specifically, the Parties have engaged in further written discovery and document production, taken Plaintiff's deposition, and taken the Rule 30(b)(6) deposition of JR Capital's corporate representative. Specifically, the Parties took Plaintiff's deposition on October 14, 2026. Unfortunately, due to the illness of JR Capital's corporate representative, the Parties were unable to complete JR Capital's corporate representative's deposition until October 19, 2026.

3. Also on October 19, 2026, the Parties met and conferred regarding a few outstanding discovery items that arose during the depositions. The Parties seek an additional 14 days to attempt to resolve these issues without Court intervention, and to complete Phase I discovery.

4. The extension will not affect any hearing date. Rather, pursuant to this request, the other deadlines in the Amended Scheduling Order—*i.e.,* the dispositive-motion deadline tied to Phase I discovery, and, if necessary, class discovery and class-certification briefing—would also be extended 14 days.

5. Good cause exists for the requested extension. The Parties have acted diligently throughout the discovery period, have completed a substantial portion of Phase I discovery, and have worked cooperatively to try to avoid burdening the Court with discovery motion practice.

6. This is the Parties' second request to extend the deadlines in the Original Scheduling Order and first request to extend the deadlines in the Amended Scheduling Order. The request is made jointly and is unopposed, and no party will be prejudiced by the requested extension. The extension will not affect any hearing date.

7. Judge Pozos's Policies and Procedures generally require that a request for an extension or continuance be made at least seven days before the applicable deadline, or include a showing of good cause why the requesting party could not comply with that requirement. The Parties recognize that this motion is being filed after that deadline, and respectfully submit that good cause exists for the shortened notice. The need for an extension did not become apparent until the completion of the depositions, including the corporate representative deposition reschedule because of illness.

8. The Parties respectfully request that the Court extend each of the remaining deadlines in the Amended Scheduling Order (ECF No. 22) by 14 days, as follows:

| Deadline | Current Date | Proposed Amended Date |
|---|---|---|
| Phase I Discovery completed | October 19, 2026 | November 2, 2026 |
| Dispositive motions filed | November 9, 2026 | November 23, 2026 |
| Responses to dispositive motions filed | November 23, 2026 | December 7, 2026 |
| Replies in support of dispositive motions filed | November 30, 2026 | December 14, 2026 |
| Phase II Discovery begins (earlier of 7 days after denial of dispositive motion or fixed date) | January 29, 2027 | February 12, 2027 |
| Phase II Discovery completed | June 1, 2027 | June 15, 2027 |
| Plaintiff's Motion for Class Certification due | June 14, 2027 | June 29, 2027 |
| Defendant's Response to Motion for Class Certification due | June 28, 2027 | July 13, 2027 |
| Plaintiff's Reply in Support of Motion for Class Certification due | July 6, 2027 | July 20, 2027 |

9. A proposed order reflecting the amended schedule is being submitted concurrently herewith, and, consistent with the Court's Policies and Procedures, a copy in Microsoft Word format will be emailed to Chambers.

10. For the foregoing reasons, the Parties respectfully and jointly request that the Court grant this motion and enter the accompanying proposed order amending the Amended Scheduling Order (ECF No. 22) as set forth above.

Dated: October 19, 2026

Respectfully submitted,

*/s/ Andrew R. Perrong (with permission)*
Andrew Roman Perrong
PERRONG LAW LLC
2657 Mt. Carmel Ave
Glenside, PA 19038
Telephone: (215) 225-5529
Facsimile: (888) 329-0305
a@perronglaw.com

*/s/ Scott J. Helfand*
Scott J. Helfand (*Pro Hac Vice*)
Michael J. Hopkins (*Pro Hac Vice*)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone: (312) 341-9876
Facsimile: (312) 655-1501
Scott.Helfand@huschblackwell.com
Michael.hopkins@huschblackwell.com

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln St, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff*

Laura K. Conroy (PA State Bar No. 206797)
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, D.C. 20006-3606
Telephone: (202) 378-5388
Facsimile: (202) 378-2319
Laura.Conroy@huschblackwell.com

*Attorneys for Defendant*