**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES E. SHELTON**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**JR CAPITAL, LLC**<br><br>*Defendant*. | Case No.<br><br>2:26-cv-02878<br><br>Honorable Antonio M. Pozos |

**SECOND AMENDED SCHEDULING ORDER**

AND NOW, on this ____ day of October, 2026, upon consideration of the Parties' Joint Motion to Amend Amended Scheduling Order, it is hereby ORDERED that the motion is GRANTED. The Scheduling Order entered September 16, 2026 (ECF No. 22) is AMENDED as follows:

- Phase I Discovery will address whether Plaintiff has standing to bring his individual claims, and will be completed by November 2, 2026;
- The Parties shall file any dispositive motions by November 23, 2026;
- The Parties shall file responses to any dispositive motions by December 7, 2026;
- The Parties shall file replies in support of any dispositive motions by December 14, 2026;
- Phase II Discovery, if necessary, will involve class-wide discovery, and will begin by the earlier of (a) 7 days after the denial of any dispositive motion or (b) February 12, 2027;
- Phase II Discovery will be completed by June 15, 2027;
- Plaintiff's Motion for Class Certification is due by June 29, 2027;
- Defendant's Response to Plaintiff's Motion for Class Certification is due by July 13, 2027;
- Plaintiff's Reply in Support of the Motion for Class Certification is due by July 20, 2027.

All other terms of the September 16, 2026 Scheduling Order (ECF No. 22) not amended herein shall remain in full force and effect.

BY THE COURT:

______________________________
Antonio M. Pozos, J.