**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES E. SHELTON**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**JR CAPITAL, LLC**<br><br>*Defendant*. | No. 2:26-cv-02878 |

**SECOND AMENDED SCHEDULING ORDER**

**AND NOW**, on this 21st day of October, 2026, upon consideration of the Parties' Joint Motion to Amend Amended Scheduling Order, it is hereby **ORDERED** that the motion is **GRANTED** in part. The Scheduling Order entered September 16, 2026 (ECF No. 22) is **AMENDED** as follows:

- Phase I Discovery will address whether Plaintiff has standing to bring his individual claims, and will be completed by November 2, 2026;
- The Parties shall file any dispositive motions by November 23, 2026;
- The Parties shall file responses to any dispositive motions by December 7, 2026; and
- The Parties shall file replies in support of any dispositive motions by December 14, 2026.

All other terms of the September 16, 2026 Scheduling Order (ECF No. 22) not amended herein shall remain in full force and effect.

Further, the Parties are **ORDERED** to meet and confer regarding all remaining deadlines in the matter, including setting a date for trial, and to submit a proposed schedule to

the Court on or before **November 6, 2026**, with the expectation that there will be no further continuances granted.

The Court will set all necessary hearings and status conferences by further order of the Court.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**