**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES E. SHELTON, individually and on behalf of all others similarly situated,** | : | Case No. 2:26-cv-02878 |
| Plaintiff, | : | **CLASS ACTION** |
| v. | : | **JURY TRIAL DEMANDED** |
| **JR CAPITAL, LLC** | : | |
| Defendant. | : | |

**NOTICE OF SETTLEMENT**

Plaintiff James E. Shelton files this notice to advise the Court that Plaintiff and Defendant JR Capital, LLC. have reached a settlement in this matter as to all claims. Accordingly, the parties respectfully request that this Court vacate all upcoming deadlines and allow 60 days for the parties to file a notice of dismissal with prejudice pursuant to Local Rule 41.1(b) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties further respectfully request that the Court vacate all upcoming conferences.

RESPECTFULLY SUBMITTED AND DATED this October 30, 2026

*/s/ Andrew Roman Perrong*

Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2026, a copy of the foregoing was served electronically on counsel for the Defendants as per operation of the CM/ECF filing system.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.