**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**JAMES E. SHELTON**, individually and on behalf of all others similarly situated,

*Plaintiff*,

*v.*

**JR CAPITAL, LLC**

*Defendant*.

Case No. 2:26-cv-02878

Honorable Antonio M. Pozos

**ORDER**

AND NOW, this 2nd day of November, 2026, upon consideration of the parties' Notice of Settlement (ECF No. 27) it is **HEREBY ORDERED:**

1. To the extent the Notice of Settlement is intended to be a motion to continue the conference scheduled for November 19, 2026, the motion is **DENIED**;

2. In the absence of a notice of dismissal pursuant to Local Rule 41.1(b), the parties **SHALL** attend the November 19, 2026, conference as scheduled;

3. To the extent the Notice of Settlement is intended to seek relief from the deadline for the parties to submit a proposed schedule to the Court on or before November 6, 2026, the deadline for submitting a proposed schedule consistent with the Court's Order dated October 21, 2026 (ECF No. 25), **SHALL** be extended through and including November 17, 2026.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**