**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES E. SHELTON, individually and on behalf of all others similarly situated,** | : | Case No. 2:26-cv-02878 |
| Plaintiff, | : | **CLASS ACTION** |
| v. | : | **JURY TRIAL DEMANDED** |
| **JR CAPITAL, LLC** | : | |
| Defendant. | : | |

**<u>NOTICE OF DISMISSAL PURSUANT TO LOCAL RULE 41.1(b)</u>**

The parties respectfully stipulate to dismissal with prejudice pursuant to Local Rule 41.1(b) and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED AND DATED this November 3, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff*

*/s/ Scott J. Helfand*
Scott J. Helfand (*Pro Hac Vice*)
Michael J. Hopkins (*Pro Hac Vice*)
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Telephone: (312) 341-9876
Facsimile: (312) 655-1501

Scott.Helfand@huschblackwell.com
Michael.hopkins@huschblackwell.com

Laura K. Conroy (PA State Bar No. 206797)
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, D.C. 20006-3606
Telephone: (202) 378-5388
Facsimile: (202) 378-2319
Laura.Conroy@huschblackwell.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2026, a copy of the foregoing was served electronically on counsel for the Defendants as per operation of the CM/ECF filing system.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.