**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES E. SHELTON**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**JR CAPITAL, LLC**<br><br>*Defendant*. | Case No.<br><br>2:26-cv-02878 |

# ORDER

**AND NOW**, this 6th day of November, 2026, upon considering the parties reporting they have resolved the above-captioned matter (ECF No. 29), it is **ORDERED**:

1. The action is **DISMISSED** pursuant to Local Rule 41.1(b); and,
2. The Clerk of Court shall **close** this case.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**